**Order entered December 19, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00739-CV

### GALLERIA MALL INVESTORS LP, Appellant

### V.

### GT DALLAS PROPERTIES, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05581**

## ORDER

Based on the parties' agreement and the Court's opinion of this date, we **DIRECT** the

Clerk of the Court to issue the mandate with the opinion and judgment.

/s/      DAVID LEWIS
        JUSTICE